IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS HARRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAPP BROS. PETROLEUM, INC. and<br>SAPP BROS. FUEL, INC.,<br><br>    Defendants. | 8:17CV156<br><br>JUDGMENT |

  In accordance with the Memorandum and Order entered today (Filing No. 45), defendants Sapp Bros. Petroleum, Inc. and Sapp Bros. Fuel, Inc.'s Motion for Summary Judgment is granted in part and denied in part. Plaintiff Thomas Harris's federal claim under the False Claims Act, 31 U.S.C. § 3729 *et seq.* is dismissed with prejudice. His state-law claims under the Nebraska Fair Employment Practice Act, Neb. Rev. Stat. § 48-1101 *et seq.* and Nebraska Wage Payment and Collection Act, Neb. Rev. Stat. § 48-1228 *et seq.* are dismissed without prejudice.

  Dated this 9th day of May 2019.

                    BY THE COURT:

                    Robert F. Rossiter, Jr.
                    United States District Judge